# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACY KRAEBEL, an individual, on behalf of herself and on behalf of all persons similarly situated,<br><br>           Plaintiff,<br><br>      vs.<br><br>SIEMENS INDUSTRY, INC., a California Corporation; and DOES 1 through 50, inclusive,<br><br>           Defendants. | Case No.: CV 25-3194-GW-MARx<br><br>**ORDER GRANTING STIPULATION TO REMAND ACTION TO STATE COURT**<br><br> First Street Courthouse<br> 350 W. 1st Street<br> Los Angeles, CA 90012<br><br> Action Filed: January 2, 2025<br> Action removed: January 31, 2025 |

## ORDER GRANTING STIPULATION

Having reviewed and considered the Stipulation of Plaintiff Stacy Kraebel and Defendant Siemens Industry, Inc seeking an order remanding the *Kraebel* Class Action to the Los Angeles Superior Court, and finding good cause therefore, the Court hereby **GRANTS** the Parties' Stipulation. Pursuant to the Parties' Stipulation, the *Kraebel* Class Action is hereby **REMANDED** to the Superior Court of the State of California in and for the County of Los Angeles as Case No. 25CHCV00863.

**IT IS SO ORDERED.**

DATED: March 11, 2026

HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING STIPULATION TO REMAND ACTION TO STATE COURT
Case No. 2:25-cv-00885-GW (MAR)